# United States Court of Appeals for the Fifth Circuit

United States Courts
Southern District of Texas
FILED
*July 08, 2024*
Nathan Ochsner, Clerk of Court

United States Court of Appeals
Fifth Circuit
**FILED**
July 8, 2024
Lyle W. Cayce
Clerk

No. 24-20263

WILLIAM G. BIBBUS, JR.,

*Plaintiff—Appellant,*

*versus*

SKYWEST AIRLINES, INCORPORATED,

*Defendant—Appellee.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:21-CV-3324

---

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of July 8, 2024, for want of prosecution. The appellant failed to timely file a transcript order form.

No. 24-20263

                LYLE W. CAYCE
                Clerk of the United States Court
                of Appeals for the Fifth Circuit

                *Christina Rachal*

By: _____
     Christina C. Rachal, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

July 08, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 24-20263    Bibbus v. SkyWest Airlines  
                        USDC No. 4:21-CV-3324

Enclosed is an order entered in this case.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____  
                        Christina C. Rachal, Deputy Clerk  
                        504-310-7651

Ms. Elizabeth Bohorquez  
Mr. Nathan Ochsner  
Mr. Chad A. Schultz